FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERICA DAVIS, as Personal Representative of the Estate of Andrew Dale Davis, deceased, and minor children JC and SD; MICHAEL M. MASCHMEYER, as Personal Representative of the Estate of R. Wayne Estopinal, deceased; JAMES JOHNSON and BRADLEY HERMAN, individually, and as Independent Co-Administrators of the Estate of Sandra Johnson, deceased; and OLD REPUBLIC AEROSPACE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TAMARACK AEROSPACE GROUP, INC., and LOUISIANA WORKERS COMPENSATION CORPORATION, <br><br> Defendants. | NO: 2:20-CV-60-RMP <br><br> ORDER EXTENDING PRIOR PROTECTIVE ORDER |

BEFORE THE COURT is the Stipulation of Plaintiff Old Republic Aerospace, Inc. and Defendant Tamarack Aerospace, Inc. pursuant to Rule 26(c),

ORDER EXTENDING PRIOR  PROTECTIVE ORDER ~ 1

1  Fed. R. Civ. P., extending to them in the Old Republic Subrogation case, Case No.

2  2:20-CV-421-RMP, now consolidated into the three Consolidated Estate Cases,

3  Case No. 2:20-CV-060-RMP, that the Protective Order entered on May 3, 2021

4  in Case No. 2:20-CV-060-RMP, ECF No. 62.

5      The Court, having reviewed the record, and finding good cause to support

6  the relief sought, **GRANTS** the Stipulated Motion, **ECF No. 68**, to extend the May

7  3, 2021, Protective Order, ECF No. 62, to Old Republic and Tamarack in Case No.

8  2:20-CV-421-RMP, now consolidated into the Consolidated Estate Case, under the

9  above consolidated caption.

10      **IT IS SO ORDERED**. This District Court Clerk is directed to enter this

11  Order and provide copies to counsel.

12      **DATED** August 2, 2021.

13

14                                       *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON

15                                United States District Court Judge

16

17

18

19

20

21

ORDER EXTENDING PRIOR PROTECTIVE ORDER ~ 2